UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT INFANTES, ) | | |
|     Plaintiff ) | CIVIL ACTION NO. | |
| ) | 3:17-CV-00210 (SRU) | |
| v. ) | | |
| ) | | |
| ARCURI'S PIZZA & SALAD, INC., et al, ) | | |
|     Defendants. ) | FEBRUARY 14, 2018 | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate to a dismissal with prejudice of the above-matter, without attorneys' fees or costs to either party. The parties stipulate to dismiss, with prejudice, all claims, demands, counterclaims and appeals thereof that were or could have been raised in the above-captioned matter.

This Stipulation of Dismissal With Prejudice is respectfully filed by the parties set forth below.

| THE PLAINTIFF | THE DEFENDANTS |
|---|---|
| By: /s/Peter D. Goselin<br>Peter D. Goselin (ct06074)<br>The Law Office of Peter Goselin<br>557 Prospect Avenue, 2nd Floor<br>Hartford, CT 06105<br>(860)580-9675<br>pdgoselin@gmail.com | By: /s/Scott S. Centrella<br>Scott S. Centrella (ct05809)<br>Diserio Martin O'Connor &<br>    Castiglioni<br>One Atlantic Street<br>Stamford, CT 06901<br>(203)358-0800<br>scentrella@dmoc.com |

**CERTFICIATION OF SERVICE**

    I hereby certify that on February 14, 2018, a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    By:    /s/Scott S. Centrella
                Scott S. Centrella (ct05809)

    By:    /s/Peter D. Goselin
                Peter D. Goselin (ct06074)